NO. 07-12-0247-CR
 
 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL C

 JULY 12, 2012
 ______________________________

 REGINALD CLAYTON CANNON,

Appellant

 v.

 THE STATE OF TEXAS,

Appellee
 _________________________________

 FROM THE 181[ST] DISTRICT COURT OF POTTER COUNTY;

 NO. 58,097-B; HON. JOHN BOARD, PRESIDING
 _______________________________

 Order of Dismissal
 _______________________________

Before QUINN, C.J., and HANCOCK, and PIRTLE, JJ.
Reginald Clayton Cannon, appellant, attempts to appeal his conviction for aggravated assault with a deadly weapon. The trial court imposed his sentence in open court on December 10, 2011. Appellant then filed a notice of appeal on June 18, 2012. We dismiss for want of jurisdiction.

To be timely, a notice of appeal must be filed within thirty days after the sentence is imposed or suspended in open court or within ninety days after that date if a motion for new trial is filed. Tex. R. App. P. 26.2(a). No motion for new trial having been filed here, appellant's notice of appeal was due to be filed by January 9, 2012. Because it was not so filed until June 18, 2012, and because no extension of that deadline was sought, it was late. 
A timely filed notice of appeal is essential to invoke our appellate jurisdiction. Olivo v. State, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). If it is untimely, we can take no action other than to dismiss the proceeding. Id. at 523. Appellant's notice being untimely filed, we have no jurisdiction over the matter and dismiss the appeal.
Accordingly, appellants appeal is dismissed.

Brian Quinn 
 Chief Justice 

Do not publish.